# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | VC MACON, GA, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 18-04802-NPO |

| | |
|---|---|
| **BANKPLUS** | **PLAINTIFF** |
| VS. | ADVERSARY PROCEEDING NO. _____ |
| **J. WILSON LAFOE** | **DEFENDANT** |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD

COMES NOW J. Wilson LaFoe (the "Defendant"), and files this his Motion for Extension of Time Within Which to Answer or Otherwise Plead (the "Motion"), in support thereof, would respectfully show as follows, to-wit:

1. The answer to the complaint in the above styled and numbered adversary proceeding is due January 29, 2019.

2. Counsel for the Defendant has only been recently retained and has not had sufficient time to formulate a defense or other responsive pleading. Also, this adversary proceeding was just removed from the Circuit Court of Madison County to the Bankruptcy Court for the Southern District of Mississippi.

3. Defendant therefore respectfully requests that he be allowed an additional twenty (20) days within which to file an answer or otherwise respond to the complaint.

4. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon a hearing hereof, this Honorable Court will grant him an additional twenty (20) days within which to file an answer or otherwise respond to the complaint. Defendant prays for general relief.

This, the 25th day of January, 2019.

                                              Respectfully submitted,

                                              J. WILSON LAFOE

                                              By His Attorneys,

                                              LAW OFFICES OF CRAIG M. GENO, PLLC

                                              By: /s/ Craig M. Geno
                                                        Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\VC Macon\Adv. Proc\BankPlus v. LaFoe\Pleadings\Mot for Add'l Time to Answer Complaint 1-24-19.wpd

## CERTIFICATE OF SERVICE

      I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic transmission, a true and correct copy of the above and foregoing to the following:

      Ronald H. McAlpin, Esq.
      Office of the United States Trustee
      ronald.mcalpin@usdoj.gov

      William H. Leech, Esq.
      bleech@cctb.com

THIS, the 25th day of January, 2019.

                                                  /s/ Craig M. Geno
                                                  Craig M. Geno